NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Moss, Appellant v. First Premier Bank, Appellee         Docket No.: 24-2449

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Bryan R. Freeman - should be Lead Counsel of Record

Firm: Maslon LLP

Address: 225 South Sixth Street, Suite 2900, Minneapolis, MN 55402

Telephone: 612-672-8375     Fax:

E-mail: bryan.freeman@maslon.com

Appearance for: Defendant - Appellee First Premier Bank
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: Judah Druck _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 25, 2024     OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Bryan R. Freeman

Type or Print Name: Bryan R. Freeman