NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Moss v. BMO Harris Bank, N.A.    Docket No.: 24-2449

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jonathan M. Streisfeld

Firm: Kopelowitz Ostrow Ferguson Weiselberg Gilbert

Address: One W. Las Olas Blvd., Suite 500, Ft. Lauderdale, FL 33301

Telephone: 954-525-4100    Fax: 954-525-4300

E-mail: streisfeld@kolawyers.com

Appearance for: Plaintiff, Deborah Moss
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Darren T. Kaplan / Kaplan Gore LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 12, 2024    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jonathan M. Streisfeld

Type or Print Name: Jonathan M. Streisfeld